## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

**Civil Action No.** 10-cv-02529-WJM-KMT           FTR - Courtroom C-201

**Date:** August 30, 2011                          Deputy Clerk, Nick Richards


DAVID GUARA,                                       Gregory James Fasing

      Plaintiff,

v.

CITY OF TRINIDAD, a City Municipality, and         Marni Nathan Kloster
CITY OF TRINIDAD FIRE DEPARTMENT,

      Defendants.

---

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 10:15 a.m.**
Court calls case.  Appearances of counsel.  Plaintiff David Guara is also present

Motion Hearing is called regarding Defendants Motion to Compel [Doc. No. 24, filed August 5, 2011].

Counsel informs the Court that the first issue in Defendants' Motion to Compel [24], the follow-up deposition of Mr. Guara, has been resolved.

Oral argument from defendant's counsel.
Oral argument from plaintiff's counsel.

It is **ORDERED**:      Defendants Motion to Compel [24] is **GRANTED IN PART AND DENIED IN PART**.  The motion is **GRANTED** with regards to the provisions surrounding the video and audio recordings of the depositions of Captain's Trujillo and Sandoval.  Plaintiff shall provide the defendants with copies of the video recordings of the depositions of Captain's Trujillo and Sandoval as promised.  Defendant's counsel shall bear the reasonable costs associated with having the video recordings reproduced by an outside company.  Plaintiff's counsel shall inform defendant's counsel of the

|  |  |
|---|---|
|  | costs associated with reproducing the tapes before they are made and obtain approval for the duplication costs.<br>The motion is **DENIED** as to the attorney fees requested. |
| It is **ORDERED**: | Plaintiff's counsel shall provide the tapes of the depositions to Defendant's counsel on or before September 9, 2011. |
| It is **ORDERED**: | Plaintiff's request for attorney fees set forth in Plaintiff's Response Opposing Motion to Compel [Doc. No. 27, filed August 16, 2011] is **DENIED**. |

**Court in Recess: 11:26 a.m.**
Hearing concluded.
Total In-Court Time    01:11

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.