**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| **Civil Action No.** 10-cv-02529-WJM-KMT | FTR - Courtroom C-201 |
| **Date:** August 13, 2012 | Deputy Clerk, Julie Dynes |

| | |
|---|---|
| DAVID GUARA, | Gregory J. Fasing |
| | James A. Carleo |
| Plaintiff, | |
| v. | |
| CITY OF TRINIDAD, a City Municipality, | Marni N. Kloster |
| | J. Andrew Nathan |
| Defendant. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session:  9:33 a.m.**
Court calls case.  Appearances of counsel.

Witness sequestration order entered. Argument and testimony presented as follows on Plaintiff's Motion to Strike Defense Experts and Preclude Trial Admissibility [Doc. No. 72, filed May 14, 2012]:

| | |
|---|---|
| 9:38 a.m. | Testimony from Dr. John A. Nicoletti. |
| 10:25 a.m. | Testimony from Judge John E. Garcia. |
| 11:08 a.m. | Testimony from Timothy W. Leary. |
| 2:08 p.m. | Oral argument from Ms. Kloster. |
| 2:27 p.m. | Oral argument from Mr. Fasing. |
| 3:01 p.m. | Additional argument from Ms. Kloster. |

It is **ORDERED**: The Court rules against the Plaintiff on F.R.C.P. 26(a)(2) violations finding that the Plaintiff failed to confer as required by D.C.COLO.LCivR 7.1 and did not timely file and preserve these objections.  The remaining issues Fed. R. Evid. 702, 703 and 705 issues are **TAKEN UNDER ADVISEMENT.** Written order will be issued.

**Court in Recess: 3:10 p.m.**
Hearing concluded.
Total In-Court Time    03:44

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.