IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy: Deborah Hansen              Date:  October 4, 2012
Court Reporter:    Gwen Daniel

_____

Civil Action No.   10-cv-02529-WJM-KMT

DAVID GUARA,                                  Gregory Fasing
                                              James Carleo
        Plaintiff,

v.

CITY OF TRINIDAD, a City Municipality,        J. Andrew Nathan
                                              Marni Nathan Kloster
        Defendant.

_____

                         COURTROOM MINUTES
_____

FINAL TRIAL PREPARATION CONFERENCE

04:04 p.m.    Court in Session

Appearances

Court's comments

**ORDERED: 1)    Plaintiff's Motion to Amend Final Pretrial Order (ECF No. 103) is DENIED**.

The Court proceeds to an oral ruling on Plaintiff's Motion to Strike Defense Experts And Preclude Trial Admissibility (ECF No. 72).

Court's colloquy with Mr. Fasing and Mr. Nathan

Mr. Nathan agrees that Dr. Nicoletti and his testimony will be irrelevant in this case.

The defense withdraws Dr. Nicoletti and his report.

The Court continues its oral ruling on Plaintiff's Motion to Strike Defense Experts And Preclude Trial Admissibility (ECF No. 72):

**ORDERED: 2)** **Defendant's Objection to Magistrate Judge's Order (ECF No. 118) is OVERRULED in part and Plaintiff's Objection to Magistrate Judge's Order is SUSTAINED in part.**

**With respect to John Garcia and Timothy Leary, the Court REVERSES Magistrate Judge Tafoya's ruling (ECF No. 106) and GRANTS plaintiff's motion to strike to the extent it seeks to preclude John Garcia's and Timothy Leary's testimony as expert witnesses.**

**Therefore, the defendant will be permitted to call Mr. Garcia and Mr. Leary as witnesses, but the Court will not permit them to be endorsed as experts.**

**Dr. Nicoletti will not be permitted to testify at all**.

The Court addresses Plaintiff's Motion in Limine (ECF No. 92)

**ORDERED: 3)** **Plaintiff's Motion in Limine (ECF No. 92) is DENIED IN PART AND GRANTED IN PART.**

**ORDERED: 4)** **No trial briefs shall be filed.**

Court's comments re trial

Opening statements are limited to 20 minutes on each side.

Discussion

Defendant is granted leave under Rule 611 to exceed the scope of direct examination.

**ORDERED: 5)** **Counsel shall exchange their Order of Witnesses no later than 5:00 p.m. on Thursday, October 18, 2012.**

Court's comments regarding deposition designations

Counsel's comments

Neither party is presenting any testimony by deposition.

The Court addresses exhibit lists

Mr. Nathan's comments

**ORDERED: 6)   Counsel shall to meet face to face no later than Monday, October 8, 2012 to go through their Exhibit Lists, stipulating, to the maximum extent possible, to as many exhibits as possible.**

**Both parties shall file a final revised exhibit list, which indicate stipulations, no later than Tuesday, October 16th, 2012.**

**ORDERED   7)   The defense shall refile its Exhibit List in the format set forth it the Court's Revised Practice Standards.**

Court's comments re jury instructions

**ORDERED: 8)   Defendant shall file its proposed jury instructions via CM/ECF no later than tomorrow.**

**ORDERED: 9)   The parties shall file their own statement of the case instruction on CM/ECF by tomorrow.**

**ORDERED: 10)   Plaintiff shall number his jury instructions as per the Court's Practice Standards, and file them via CM/ECF no later than Tuesday, October 9, 2012.**

Court's comments concerning a criminal case which is also set for trial October 22, 2012

Court's comments re settlement

Court's further comments

If one party makes a motion for witness sequestration on the first day of trial, the Court will grant it.

Stipulated exhibits may be used in opening statements.

**ORDERED: 11)   Counsel shall be present on Monday, October 22, 2012 at 8:00 a.m.**

05:07 a.m.   Court in Recess
             Hearing concluded
             Time: one hour and three minutes