IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No.   10-cv-02529-WJM-KMT

DAVID GUARA,

    Plaintiff,

v.

CITY OF TRINIDAD,

    Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND/OR DEPOSITIONS

---

IT IS STIPULATED AND ORDERED that counsel for the parties shall retain custody of their respective exhibits and/or depositions until such time as all need for the exhibits and/or depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this 25 day of October 2012.

BY THE COURT:

_____
William J. Martínez, Judge

_____    _____
Attorney for Plaintiffs                                     Attorney for Defendant