**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10–cv–02529–WJM–KMT

DAVID GUARA,

    Plaintiff,

v.

CITY OF TRINIDAD, a City Municipality,

    Defendant.

---

**ORDER GRANTING PLAINTIFF'S MOTION FOR IMMEDIATE
CONTINUATION OF WITNESS SEQUESTRATION ORDER**

---

    This matter is before the Court on Plaintiff's Motion for Immediate Continuation of Witness Sequestration Order filed November 26, 2012 (ECF No. 154).  The Court having reviewed the aforementioned Motion, Plaintiff's Motion for New Trial (ECF No. 151), and the applicable record hereby FINDS and ORDERS as follows:

    The Court FINDS that the Motion for New Trial contains, in part, allegations of witness perjury and related improper conduct.  As a result, the Court concludes there is a need for the entry of an Order continuing witness sequestration until further order of Court.

    Accordingly, the Plaintiff's Motion for Immediate Continuation of Witness Sequestration is GRANTED.  This Order shall apply to all parties, all counsel, and all trial witnesses, to the same extent as the Court's original Sequestration Order.

    Violation of this Order by any party, any attorney or any trial witness may subject the violator to sanctions, including but not limited to being held in contempt of Court.

Dated this 27th day of November, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge